# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cv-04768-MLB**
**Calderon v. Sullivan et al**
**Honorable Michael L. Brown**

Minute Sheet for proceedings held via Zoom on 08/25/2026.

TIME COURT COMMENCED: 11:40 A.M.
TIME COURT CONCLUDED: 12:00 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Anthony DeCinque representing David J. Venturella<br>Anthony DeCinque representing Joseph Edlow<br>Anthony DeCinque representing Kristen Sullivan<br>Anthony DeCinque representing Markwayne Mullin<br>Anthony DeCinque representing Micah Brown<br>Anthony DeCinque representing Todd Blanche<br>James Slater representing Cindy Rosario Rivera Calderon<br>** Vilerka Bilbao representing Cindy Rosario Rivera Calderon |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | The Court held another hearing on Petitioner's [3] Motion for Temporary Restraining Order and for a Preliminary Injunction. For the reasons stated in the record, the Court DENIED the motion. |
| HEARING STATUS: | Hearing Concluded |